Dismissed and Opinion filed May 16, 2002









Dismissed and Opinion filed May 16, 2002.

 

 

In The

 

Fourteenth Court of Appeals

_________________

 

NO. 14-02-00028-CV

____________

 

AHMED MOHAMED-ALI and DILSHAT
MYDIN MOHAMED, Appellants

 

V.

 

COLONY GRANT HOMEOWNERS
ASSOCIATION, Appellee

 



 

On
Appeal from the 268th District Court

Fort Bend County, Texas

Trial
Court Cause No. 106,232

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed October 2, 2001.  On February 7, 2002,
this Court ordered the parties to attend mediation.  

On May 3, 2002, appellants filed a
motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.  

PER CURIAM

Judgment rendered and Opinion filed May 16, 2002.

Panel consists of Chief Justice Brister and Justices
Anderson and Frost.

Do Not Publish C Tex. R. App. P. 47.3(b).